UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN CASTILLO BUCILLO<br><br>　　　　　　　　　　　Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, SENIOR WARDEN OTAY MESA DETENTION CENTER; PAMELA BONDI, UNITED STATES ATTORNEY GENERAL; KRISTI NOEM, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; PATRICK DIVVER, ICE SAN DIEGO FIELD OFFICE DIRECTOR, IN THEIR OFFICIAL CAPACITIES,<br><br>　　　　　　　　　　　Respondents. | Case No.: 3:26-cv-1559-JES-DEB<br><br>**ORDER FOR BOND HEARING**<br><br>**[ECF No. 1]** |

Before the Court is Petitioner Benjamin Castillo Bucillo's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1.

//

1

Respondents acknowledged that Petitioner must be considered detained under 8 U.S.C. § 1226(a), pursuant to the final judgment entered in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3713982, at * 7 (C.D. Cal. Dec. 18, 2025). Accordingly, the Court **GRANTS** the Petition as follows:

(1)    The Court **ORDERS** Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a) within **ten days** of this Order. At the hearing, Respondents may not deny Petitioner bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

(2)    Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with a bond redetermination hearing, including apprising the Court of the results of the hearing; and

(3)    The Clerk of Court is **DIRECTED** to **CLOSE** this suit.

**IT IS SO ORDERED.**

Dated: March 19, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge